# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

RACHEL CENTANNI,

  Plaintiff

v.

FLÖT, LLC and RYAN LANDY,

  Defendants

CIVIL ACTION FILE NO.

1:16-cv-00727-MHC

## ANSWER AND DEFENSES TO COUNTERCLAIM

COMES NOW, Plaintiff RACHEL CENTANNI, by and through counsel, and responds to the Counterclaim in the Defendants' Answer and Amended Answer as follows.

## SPECIFIC ADMISSIONS AND DENIALS

1. The allegations in Paragraph 1 of the Counterclaim are admitted.

2. The allegations in Paragraph 2 of the Counterclaim are admitted.

3. The allegations in Paragraph 3 of the Counterclaim are admitted.

4. The allegations in Paragraph 4 of the Counterclaim are denied.

1

5. The allegations in Paragraph 5 of the Counterclaim are admitted.

6. The allegations in Paragraph 6 of the Counterclaim are denied.

## COUNT 1 – BREACH OF CONTRACT

7. Plaintiff reasserts and incorporates by reference her answers to the above paragraphs as if fully set forth herein.

8. The allegations in Paragraph 8 of the Counterclaim are denied.

9. The allegations in Paragraph 9 of the Counterclaim are denied.

10. The allegations in Paragraph 10 of the Counterclaim are denied.

## COUNT 2 – PROMISSORY ESTOPPEL

11. Plaintiff reasserts and incorporates by reference her answers to the above paragraphs as if fully set forth herein.

12. The allegations in Paragraph 12 of the Counterclaim are denied.

13. The allegations in Paragraph 13 of the Counterclaim are denied.

14. The allegations in Paragraph 14 of the Counterclaim are denied.

The final unnumbered Paragraph is precatory and does not require a response from Plaintiff, but to the extent that a response is required, Plaintiff denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

1. **Failure to Mitigate** – The Defendant Flot has failed to mitigate damages and is barred from recovery by reason thereof.

WHEREFORE, Plaintiff Centanni prays that Defendants take nothing by the Counterclaim and that Plaintiff recover costs of suit herein incurred, and such other relief as the court may deem proper.

Respectfully submitted: April 25, 2016.

| | |
|---|---|
| **MAYS & KERR, LLC**<br>235 Peachtree St NE \| Suite 202<br>Atlanta, GA 30303<br>T: (404) 410 – 7998<br>F: (877) 813 – 1845 | /s/ James Craig<br>James Craig<br>Georgia Bar No. 940586<br>james@maysandkerr.com<br><br>Counsel for the Plaintiff |